IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Chevron Texaco Products Company, )<br>a Division of Chevron U.S.A. Inc., )<br>                                                   )<br>              Plaintiff,            )<br>                                                   )<br>       vs.                                      )<br>                                                   )<br>Big Island Asphalt Company, Inc.  )<br>and Hawaiian Asphalt Company, Inc. )<br>,                                                  )<br>              Defendants.       )<br>_____ ) | CIVIL NO. 05-00237 HG-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 28, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Magistrate Judge's Findings and Recommendation, **document # 10** are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 25, 2006.



  /s/ Helen Gillmor_____
Chief United States District Judge

cc:all parties of record